ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND;<br><br>Plaintiff,<br><br>vs.<br><br>ASCENTE HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00302-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO ASCENTE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS** |

The parties respectfully submit the following Stipulation to allow Plaintiff U.S. Bank, N.A., as trustee for the certificateholders of the LXS 2006-12N Trust Fund (**U.S. Bank**) additional time to file an Opposition to Defendant Ascente Homeowners' Association's Motion to Dismiss filed on April 22, 2015, ECF No. 10.

. . .

. . .

. . .

. . .

. . .

. . .

{30950274;1}                                1

This response is currently due on May 11, 2015. The response will now be due on **May 22, 2015.** This stipulation is made in good faith, and is not anticipated to cause any delay to any party.

DATED this 15th day of May, 2015. DATED this 15th day of May, 2015.

| LEACH JOHNSON SONG & GRUCHOW | AKERMAN LLP |
|---|---|
| by: */s/ Sean L. Anderson* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN D. HASTINGS, ESQ. <br> Nevada Bar No. 12394 <br> 8945 W. Russell Road, Suite 330 <br> Las Vegas, Nevada 89148 <br> tel: (702) 538-9074 <br> fax: (702) 538-9113 <br> Sanderson@leachjohnson.com <br> Rhastings@lipsonneilson.com <br><br> *Attorneys for Defendant Ascente Homeowners Association* | by: */s/ Christine M. Parvan* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> CHRISTINE PARVAN, ESQ <br> Nevada Bar No. 10711 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> tel: (702) 634-5000 <br> fax: (702) 380-8572 <br> ariel.stern@akerman.com <br> christine.parvan@akerman.com <br><br> *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 15, 2015__

{30950274;1}  2