# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

U.S. BANK, N.A., *et al.*,

       Plaintiffs,

vs.

ASCENTE HOMEOWNERS ASSOCIATION, *et al.*,

       Defendants.

2:15-cv-00302-JAD-VCF

**ORDER**

Before the Court is the parties' stipulation and order extending dispositive motion deadline (#29).

The parties seek to extend the dispositive motions' deadline to fourteen days after the Court's ruling on the pending order to show cause (#29) regarding this Court's jurisdiction.

IT IS HEREBY ORDERED that the parties' stipulation and order extending dispositive motion deadline (#29) is GRANTED in part and DENIED in part. Dispositive motions must be filed and served on or before June 10, 2016. The Joint Pre-trial Order must be filed on July 11, 2016. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

After June 1, 2016, the parties may file a stipulation to further extend the time to file dispositive motions, if the case is still pending.

DATED this 11th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE