UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND,<br><br>　　　　Plaintiff<br><br>v.<br><br>ASCENTE HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　Defendants | Case No. 2:15-cv-00302-JAD-VCF<br><br>**Order Discharging Obligations under the Order to Show Cause Why this Case Should Not Be Dismissed for Want of Subject-matter Jurisdiction** |

　　　Questioning the sufficiency of the citizenship allegations in the complaint, I ordered plaintiff to show cause why this case should not be dismissed for want of subject-matter jurisdiction. ECF No. 24. Plaintiff timely responded and has established to the court's satisfaction that complete diversity exists in this case. *See* ECF No. 26.

　　　Accordingly, with good cause appearing, IT IS HEREBY ORDERED that plaintiff's obligations under the order to show cause [ECF No.24] are deemed discharged.

　　　Dated: April 20, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge