1  ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2  VATANA LAY, ESQ.
Nevada Bar No. 12993
3  AKERMAN LLP
1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6         vatana.lay@akerman.com

7  *Attorneys for Plaintiff U.S. Bank, N.A., as
Trustee for the Certificateholders of the LXS
8  2006-12N Trust Fund*

9

10                    **UNITED STATES DISTRICT COURT**

                          **DISTRICT OF NEVADA**
11

12

13  U.S. BANK, N.A., AS TRUSTEE FOR THE          Case No.: 2:15-cv-00302-JAD-NJK
    CERTIFICATEHOLDERS OF THE LXS 2006-
    12N TRUST FUND,                              **NOTICE OF DISASSOCIATION**
14

                              Plaintiff,
15
    v.
16  ASCENTE  HOMEOWNERS  ASSOCIATION;
    LAS VEGAS DEVELOPMENT GROUP, LLC;
17  DOE INDIVIDUALS I-X, inclusive, and ROE
    CORPORATIONS I-X, inclusive,
18
                              Defendants.
19

20

21          Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust

22  Fund (**U.S. Bank**) hereby provides notice Christine Parvan, Esq., is no longer associated with the

23  law firm of Akerman LLP

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

43362827;1

AKERMAN LLP

1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   Akerman LLP will continue to represent **U.S. Bank** in this action. All future correspondence

2   and papers in this action should continue to be directed and requests Ariel Stern, Esq. and Vatana

3   Lay, Esq. receive all future notices.

4   Respectfully submitted, this 14th day of November, 2017.

5                                   **AKERMAN LLP**
                                    /s/ *Vatana Lay*
6                                   ARIEL STERN, ESQ.
                                    Nevada Bar No. 8276
7                                   VATANA LAY, ESQ.
                                    Nevada Bar No. 12993
8                                   1160 Town Center Drive, Suite 330
                                    Las Vegas, Nevada 89144
9                                   *Plaintiff U.S. Bank, N.A., as Trustee for the*
10                                  *Certificateholders of the LXS 2006-12N Trust Fund*

11

12                          <u>**COURT APPROVAL**</u>

13   IT IS SO ORDERED.

     Date: November 15, 2017

14

15                          _____
                            UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2