ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>ASCENTE HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00302-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO REPLY SUPPORTING SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

U.S. Bank, Ascente, and Las Vegas Development Group (**LVDG**) stipulate to extend U.S. Bank's deadline to reply supporting its motion for summary judgment (ECF No. 61). Currently, U.S. Bank's deadline to reply to LVDG's opposition (ECF No. 63) is September 19, 2019, and its deadline to reply to Ascente's opposition (ECF No. 67) is September 30, 2019.

To allow U.S. Bank to file a single reply brief instead of replying separately to the two oppositions, the parties stipulate that U.S. Bank's reply deadline with respect to both opposition briefs shall be **September 30, 2019**.

The parties certify that this stipulation is not intended to prejudice any party or cause undue delay in resolving the litigation.

1

50213336;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| DATED this 19th day of September, 2019 | DATED this 19th day of September, 2019 |
|---|---|
| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| */s/ Jared M. Sechrist* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> JARED M. SECHRIST, ESQ. <br> Nevada Bar No. 10439 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund* | */s/ Chase Pittsenbarger* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> CHASE PITTSENBARGER, ESQ. <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Ascente Homeowners Association* |
| DATED this 19th day of September, 2019 <br><br> **ROGER P. CROTEAU & ASSOCIATES, LTD.** <br><br> */s/ Timothy Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY RHODA, ESQ <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd., #75 <br> Las Vegas, Nevada 89102 <br><br> *Attorneys for Las Vegas Development Group, LLC* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: September 23, 2019.

2

50213336;1