ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>ASCENTE HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00302-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 84, 85)**<br><br>**(FIRST REQUEST)** |

Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund (**U.S. Bank**) and defendant Las Vegas Development Group, LLC (**LVDG**) hereby stipulate and agree to extend U.S. Bank and LVDG's deadline to file responses the parties' respective motions for summary judgment, (ECF Nos. 84, 85).  The parties' current response deadline for these motions is July 6, 2020.  The parties stipulate U.S. Bank and LVDG shall have an additional fourteen (14) days, up to and including **July 20, 2020**, to file their respective responses to U.S. Bank and LVDG's pending summary judgment motions.  The extension is necessary to address current time and scheduling constraints on the parties' counsel.

*///*

53216472;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 6th day of July, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund* | */s/ Timothy Rhoda, Esq.* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY RHODA, ESQ <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br><br> *Attorneys for Las Vegas Development Group, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:15-cv-00302-JAD-NJK

DATED: 7/7/2020

53216472;1