ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND,

Plaintiff,

v.

ASCENTE HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:15-cv-00302-JAD-NJK

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF U.S. BANK'S MOTION FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund (**U.S. Bank**) and defendant Ascente Homeowners Association hereby stipulate and agree to extend U.S. Bank's deadline to file its reply in support of its motion for summary judgment, (ECF No. 84). U.S. Bank's current reply deadline to Ascente's opposition, (ECF No. 88), is July 20, 2020. The parties stipulate U.S. Bank shall have an additional fourteen (14) days, up to and including **August 3, 2020**, to file its reply. This will allow U.S. Bank to file a singular reply to both Ascente's opposition and defendant Las Vegas Development Group, LLC's opposition, which has not yet been filed and is currently due today, July 20, 2020. Further, the extension will address current time and scheduling constraints on U.S. Bank's counsel.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 20th day of July, 2020.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| --- | --- |
| */s/ Nicholas E. Belay, Esq.*<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | */s/ Chase Pittsenbarger, Esq.*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>CHASE PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund* | *Attorneys for Ascente Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

______________________________
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:15-cv-00302-JAD-NJK

DATED: 7/21/2020

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572