# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., | Case No.: 2:15-cv-00302-JAD-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 103] |
| ASCENTE HOMEOWNERS ASSN., et al., | |
| Defendants. | |

Pending before the Court is a stipulation to reset Settlement Conference, Docket No. 103, which is **GRANTED**. The Settlement Conference is hereby continued to 9:30 a.m. on June 11, 2021. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on June 4, 2021. All other requirements set forth in the Court's order at Docket No. 98 remain.

IT IS SO ORDERED.

Dated: May 19, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE