MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2006-12N TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>ACSENTE HOMEOWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00302-JAD-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE  & ORDER**<br><br>ECF No. 109 |

///
///
///
///
///
///
///
///
///

1

59104516;1

Plaintiff U.S. Bank, N.A., as Trustee for the Certificateholders of the LXS 2006-12N Trust fund and defendant Las Vegas Development Group, LLC, stipulate to dismiss all remaining claims in this action, with prejudice, each party to bear its own attorney's fees and costs.

DATED: August 3, 2021

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| /s/ *Lilith V. Xara* | /s/ *Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar. No. 8215<br>LILITH XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard #75<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff U.S. Bank, N.A. as Trustee for the Certificateholders of the LXS 2006-12N Trust Fund* | *Attorneys for Defendant Las Vegas Development Group, LLC* |

### ORDER

Based on the parties' stipulation **[ECF No. 109]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 6, 2021

2

59104516;1